# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

STEVEN R. HASTINGS,                                                                           PLAINTIFF
ADC #171672

v.                                            3:20-cv-00156-JM-JJV

JOHN SMITH, Corporal, ADC; *et al.*                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 7th day of July 2020.

_____
UNITED STATES DISTRICT JUDGE